UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------
Gary LaBarbera,

       Plaintiff,

-vs-

**Ingoe Rock Ind., Inc.,**

       Defendants.
------------------------------------------------

STANDARD REFERRAL ORDER

CV-06-1026(FB)(JA)

This civil case here in above set forth is referred to Magistrate Judge __AZRACK__ for the following pre-trial purposes:

__ All of the following;
    or

Those purposes indicated below:

____1. To enter the scheduling order provided for in F. R. Civ. P. 16(b);

____2. To consider holding a discovery conference and entering the related order provided for in F. R. Civ. P. 26(f);

____3. To hear and determine any disputes arising from discovery;

____4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

____5. To prepare a pre-trial order where such order seems indicated;

____6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

____7. To file a report with the undersigned within 120 days as to the status of the case, in the event the tasks set forth above are not then completed.

__XX__ 8. **TO HOLD EITHER A INQUEST OR HEARING TO DETERMINE DAMAGES AND ATTORNEY FEES ON PLAINTIFF'S DEFAULT JUDGMENT AND PREPARE A REPORT AND RECOMMENDATION.**

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       May 31, 2006